PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 14, 2018**

SEAN F. McAVOY, CLERK

| | | | | |
|---|---|---|---|---|
| U.S.A. vs. | | Soto, Jubentino | Docket No. | 0980 4:18CR06024-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jubentino Soto, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23rd day of May 2018 under the following conditions:

**Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #3:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Using a controlled substance, fentanyl, without a valid prescription, on or about June 8, 2018.

**Violation #2:** Failing to attend a random urinalysis test at First Step Community Counseling Services on June 7, 2018.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   June 14, 2018 |
| by | s/Dan M. Manning |
| | Dan M. Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Soto,, Jubentino
June 14, 2018
Page 2

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

6/14/2018

Date