# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Soto, Jubentino | Docket No. | 0980 4:18CR06024-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jubentino Soto, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23rd day of May 2018, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jubentino Soto violated the conditions of his release conditions by testing positive for the use of fentanyl on July 10 and 31, 2018.

On May 24, 2018, Mr. Soto met with the probation officer and signed a copy of the release conditions indicating that he understood the conditions and had received a copy of them, which included standard condition #9.

On May 24, 2018, Mr. Soto signed a copy of the substance abuse testing instructions which directed him to call the contract vendor, First Step Community Counseling Services (First Step), and report for drug testing when instructed. On July 12, 2018, Mr. Soto reported to First Step as directed and provided a urine sample. The sample was sent to the contract laboratory, Alere, for fentanyl specific testing. On July 25, 2018, Alere reported the urine sample was confirmed positive for the use of fentanyl. On July 31, 2018, the defendant again reported to First Step for drug testing as instructed and submitted a urine sample. The sample was sent to Alere for fentanyl specific testing and on August 2, 2018, the urine sample was confirmed as positive for the use of fentanyl. Mr. Soto continues to deny he has used any fentanyl since his last court appearance on June 18, 2018.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   August 30, 2018 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare
U.S. Pretrial Services Officer |

PS-8

**Re: Soto, Jubentino**
**August 30, 2018**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_M. K. Dimke_
Signature of Judicial Officer

8/30/2018
Date