# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Soto, Jubentino | Docket No. | 0980 4:18CR06024-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jubentino Soto, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23rd day of May 2018, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Jubentino Soto violated the conditions of his release conditions by testing positive for the use of fentanyl on December 3, 2018.

On May 24, 2018, Mr. Soto met with the probation officer and signed a copy of the release conditions indicating he understood the conditions and received a copy of them, which included standard condition #9.

On December 3, 2018, Mr. Soto reported to the probation officer as directed and provided a urine sample. The sample was sent to the contract laboratory Alere for fentanyl specific testing. On December 11, 2018, a confirmation report was received from Alere reporting the sample was positive for the use of fentanyl. Mr. Soto continues to deny he has used fentanyl since his last Court appearance on June 18, 2018.

PRAYING THAT THE COURT WILL INCORPORATE WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: December 12, 2018 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Brinke*

Signature of Judicial Officer
12/13/2018

Date